UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBBIE M. WEBB,                           )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        No. 3:20-CV-429-DCP
                                          )
KILOLO KIJAKAZI,[1]                       )
Acting Commissioner of Social Security,   )
                                          )
            Defendant.                    )

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith,

Plaintiff's Motion for Summary Judgment [**Doc. 21**] is **DENIED**, and the Commissioner's Motion

for Summary Judgment [**Doc. 23**] is **GRANTED**.  The decision of the Commissioner is

**AFFIRMED**.  The Clerk of Court is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

                                          ENTER:

                                          _Debra C. Poplin_
ENTERED AS A JUDGMENT                     Debra C. Poplin
    s/ *LeAnna R. Wilson*                 United States Magistrate Judge
    CLERK OF COURT

---

    [1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration
("the SSA") on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. *See* 42 U.S.C. § 405(g).